FILED

09 SEP -1 AM 9:34



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Michel Rene Hondagneu - #148277

CV 09 80187 MISC VRW

/

**ORDER TO SHOW CAUSE**

It appearing that Michel Rene Hondagneu has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Michel Rene Hondagneu
Attorney at Law
173 Chestnut Street
San Carlos, CA 94070